UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABITHA KAUS,

                Plaintiff,

-against-

JOHN/JANE DOE,

                Defendant.

23-CV-5385 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Tabitha Kaus brings this application in connection with the potential forfeiture of real property in Las Vegas, Nevada, which is pending in *United States v. Dos Santos*, No. 20-CR-0398-1 (GBD). The Court directs the Clerk of Court to refile this application, which is currently docketed as ECF 1 in this civil action, on the docket in the criminal matter, *Dos Santos*, 20-CR-0398-1, and close this civil action as opened in error.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 27, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge